Mychel Pusha
*Name*

141 W. Elm St.
*Street*

Wichita, KS 67203
*Address*


FILED
DEC 13 2012
Clerk, U.S. District Court
By: _____ Deputy Clerk

United States District Court
For The District Of Kansas

| | |
|---|---|
| Mychel Pusha, Plaintiff <br> *Full Name* <br> (Civil Action) <br> v. <br> Judge Gregory Waller, (Defendants) <br> Judge Warren Wilbert, Attorney Lois Ann Lynn, Prosecutor Laura Gillett, Judge Phillip Journey | Case NO: 12-3253-SAC <br><br> Civil Rights Complaint <br> Pursuant To 42 U.S.C. <br> § 1983 |

A. Jurisdiction

1) Mychel Pusha, is a citizen of Kansas
*(Plaintiff)* *(State)*
who presently resides at 141 W. Elm St., Wichita, KS 67203
*(mailing address)*

2) Defendant, Judge Gregory L. Waller, is a citizen of Wichita, Kansas, and is employed as Sedgewick Co. District Court Judge (Div.5). At the time the claim(s) alleged in this complaint arose, was the defendant acting under the color of state law? Yes ☑ No ☐. If "Yes", briefly explain: Governmental immunity is not a defense under (42 USC 1983) making liable every person who under color of state law deprives another person of his civil rights. Each defendant works together, and knowingly covers each others injustified acts. Judge Waller neglected his judicial authority, by allowing this injustice to continue.

3) Defendant, Judge Warren Wilbert, is a citizen of Wichita, Kansas, and is employed as Sedgewick CO District Court Judge (Div 25). At the time the claim(s) alleged in this complaint

XE-2 8/82   Civil Rights Complaint § 1983   (1)

3 cont'd: arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain: Governmental immunity is not a defense under (42 USC 1983) making liable every person who under the color of law deprives another person of his civil rights. Each defendant works together, and knowingly covers each others unjustified acts. Judge Wilbert neglected his Judicial Authority, by allowing this injustice to continue.

4). Defendant, Lovis Ann Lynn, is a citizen of Wichita, Kansas, and is employed as a Sedgewick Co Public Defender. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain: Ms. Lovis Lynn had full knowledge of the wrong doings, and refused to assist me having the power to prevent, or aid in preventing my sufferings, but instead followed the state.

5) Defendant, Lance Justin Gillett, is a citizen of Wichita, KS, and is employed as a Sedgewick CO Asst. District Attorney. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain: Mr. Lance Gillett had full knowledge of my Civil Rights wrong doings, and misused his power to deprive my rights, and aided in my sufferings.

6) Defendant, Judge Phillip Journey, is a citizen of Wichita, KS, and is employed as Sedgewick CO District Court Judge (Div. #1). At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain: Governmental immunity is not a defense under (42 USC 1983) making liable every person who under color of state law deprives another person of his civil rights. Judge Journey had the opportunity on a pro se motion hearing to dismiss this injustice, plus the D.A. admitted falsified warrant dates, but Judge Journey failed to correct this injustice.

7) Jurisdiction is invoked pursuant to 28 USC § 1343; 42 USC § 1983. (If you wish to assert jurisdiction under different or additional statues, you may list them below.) Because the defendants are acting under the color of state law, Justice will not be fair.

## B. Nature Of The Case

1) Briefly state the background of your case: On Oct. 5, 2011, at approximately 8:00 am, I, Mychel Rusha & Carmellita Moller, were awakened by a State Trooper, in Mecklenburg Co., Virginia, at a rest stop. The State Trooper asked for identification and informed me, that the tags were reported stolen. He ran a NCIC check, and told us, "that we had fugitive warrants for our arrest, for theft of a motor vehicle, from Sedgewick Co. in Kansas. We were arrested and took to Mecklenburg Co. Jail, and booked on the fugitive warrant allegedly from Kansas, and charged with theft. We went before a Magistrate. Ms. Moller was released on her own recondinance, but I was told that Kansas placed a hold on me. I was never served a fugitive warrant, nor any warrant period for Kansas, but Kansas had a hold on me, on the NCIC data system. Mecklenburg Co. charged me for the charges in Kansas. I was court appointed, Attorney Mark McKnis, as my Public Defender. On Nov. 26, 2011, my Preliminary Hearing was waived out there, without me ever going to court, before a Judge, even on a first appearance. They set my trial Date, for Dec 13, 2011. On Dec 13, 2011, I went to trial, in Mecklenburg General District Court, for the theft charge, that allegedly occurred in Kansas. When my hearing began, I asked the Judge, if I could speak and told him, "that I had committed no crime in Virginia, and was being tried for Kansas. After verification, he dismissed all charges, and ordered my immediate release. When they took me back to release me, they ran another NCIC check, and Kansas still had a fugitive hold on me. They called Sedgewick Co. Sheriff's Dept., who said, "They would still extradite me, for the same theft charges regardless. Mecklenburg Co. served me a warrant of extradition from Virginia. I was extradicted back here, on Dec. 23, 2011. I went before Judge Warren Wilbert, on Dec. 27, 2011. I told him, that I just went to trial, for the same charge in Virginia, and they were dismissed. He said," That was not his problem, now I have to face Kansas." When I saw Ms. Lois Lynn, for the first and only time, she was not concerned, nor asked me anything about my side of events. Her only concern was to tell me, what Mr. Lance Gillett said," about an alleged video tape not even from the crime scene." I said, "That I wanted to see it," but never did. My due process rights were waived by a threat, that the State would fabricate more charges, if I challenged them. I filed many Pro Se Motions in my defense, but all were denied; acting under the color of state law. My

XE-2 8/82                Civil Rights Complaint § 1983            (3) (over)

## C. Cause Of Action

1) I allege that the following of my constitutional rights, priviledges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h"x11") to explain any allegation or to list additional supporting facts.)

A) (1) Count 1: Double Jeopardy

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe how exactly each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)1: On Oct. 5, 2011, I was formally charged in Mecklenburg Co., Virginia, for theft of a motorized vehicle for Kansas. Initially, the allege warrant to detain my person was illegal, since no actual warrant existed until Nov. 23, 2011. But regardless, I was illegally detained, charged, and tried on Nov. 23, 2011, for charge case No. 11CR3436, in Mecklenburg Co. General District Court, and the charge was eventually dismissed. Sedgewick Co. prosecuted me for the exact same charge, that was tried & dismissed in Virginia. All defendants are liable, because they did nothing to remedy this situation with total disregard, of my Civil & Constitutional Rights, my life & physical well being, nor my losses of my children, time, home, money, property, education, and employments. They only extended it

B) (1) Count II: Cruel and Unusual Punishment

(2) Supporting Facts: It's Cruel and Unusual Punishment, when the Judges allow the State Prosecutor's Office to abuse their authority; falsify evidence; threaten and intimidate defendants, who challenge them for their rights, and also allow Public Defenders to misrepresent their clients without verifying evidence that would clearly help them. I have been tormented by false incarceration, placed in maximum custody, held from Oct. 5, 2011 to Nov. 23, 2011 without a certified warrant; lost my kids; lost my home; lost my job; lost my college term; been physically attacked in jail; tried twice for the same charge; lost all my belongings (clothes, jewelry, pictures not replaceable of my babies, all this while being held hostage, beyond the maximum sentencing grid in my category. The Judges allowed this injustice, and defend it as well. My attorney, as well as the Prosecutor, are liable, because they initiated this cruel act.

XE-2 8/82           Civil Rights Complaint § 1983           (4)

B) (1) Count III:  **Ineffective Assistance Of Counsel**

(2) <u>Supporting Facts</u>: Ms. Lois Lynn violated her duties by failure to provide me with diligent representation and adequate communication, and failed to uphold duty to public, by failing to maintain her integrity. She never challenged anything ever presented by the prosecutors, nor objected. I did all arguments by myself, which she opposed. She never took any statements from me, to reveal my story, nor any witnesses in my behalf. She never tried to negotiate a plea, nor filed any motions in my best interests. When I asked repeatedly for counsel consultation, she never answer none of my letters, calls, nor came to visit. When I fired her finally after numerous attempts, Mr. Laurie Gillett, the District Attorney on my case defended her in court.

C) (1) Count IV: <u>Mental Anguish</u>

(2) <u>Supporting Facts</u>: It is bad enough to have suffered being incarcerated in a State and county with no family, but to know such detainment is illegal is crucial. The stress, pain and suffering is intense. But most importantly, to have to sit there 45 miles from my children, and be told, "That I would not be allowed to go to my court hearing, because I was deemed a fugitive from Kansas" is unbearable. And then to be told later, "that because I was incarcerated and failed to appear in court, that my parental rights were stripped, and my children were put up for adoption." Then to be extradicted back here for the same charge, and not be allowed to appeal that court decision on my children is inhumane. They have destroyed, deprived, and endangered my children and I with no remorse, but only total disregard. They should be held accountable, and my relief granted.

D. <u>Previous Lawsuits And Administrative Relief</u>

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒.
If "Yes", describe each lawsuit.

a) Parties to Previous lawsuits: None
  <u>Plaintiffs</u>: Does not apply.

XE-2 8/82                Civil Rights Complaint § 1983                (5)

a) Court! Parties to previous lawsuits:

Defendants: Does not apply.

B) Name of court or docket number: Does not apply.

C) Disposition: Does not apply.

D) Issue Raised: Does not apply.

E) Approximate Date of Filing: Does not apply.

F) Approximate Date of Disposition: Does not apply.

1) I have previously sought informal or formal relief from the appropiate administative officials regarding the acts complained in Part C, Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I've filed many motions to the courts seeking relief only to be denied, even when the State Prosecutor verified the initial arrest warrant was not valid, until Nov. 23, 2011. I was also refused fair counsel, when Ms. Lois Hynn stated, "She would not do anything, in my behalf." (Quote). And the Prosecutor defended her, in my Ineffective Assistance Of Counsel Motions against her.

## 2) Motion For Relief

1) I believe, that I am entitled to the following relief: I am asking this court to except this motion for relief as follows. I am asking to be released from custody, and that the charge of case No: 11CR3436 be removed with prejudice from my criminal record. I am asking for a jury trial to be set for this matter. I am asking a cash compensation, in the amount of $250,000 Dollars & Zero Cents, for the false imprisonment, wreckless endangerment of my life and well being, for Cruel and Unusual Punishment, for Ineffective Assistance of Counsel, Misprosecutal Conduct, loss of wages, home, personal property, and my college tuition fees. But for the Mental Anguish & Emotional Stress,

XE-2 8/82                Civil Rights Complaint    § 1983    (6)

2) Motion For Relief (Cont.)

1)(cont.) that I suffer for loosing my children, whom I was in the process of obtaining, through an Interstate Custody Transfer with Virginia Social Services & Juvenile Courts, and the Kansas SRS (Monicia Pusha, Mychel Pusha, JR., and Manifa Pusha). I want money compensation in the amount of $1.3 million Dollars & Zero Cents per each child lost, whose ages are 8, 7, and 5 years old, which comes to a total of $3.9 million dollars & Zero Cents, plus the $250,000 dollars previously stated. This is nothing compared to loosing my children. I would also like a Federal Investigation, to detour further injustices towards so many others.

__Does not apply__
Signature of Attorney

__Mychel Pusha__
Signature of Petitioner

"Certificate Of Service"

I hereby certify that a copy of the foregoing pleading/document was mailed to Timothy O'Brien, Clerk Of Court - United States District Court at 444 SE Quincy Topeka, Kansas 66683 on December 11th, 2012.

__Mychel Pusha__
Signature

XE-2 8182                    Civil Rights Complaint § 1983          (7)