RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2013 APR -5 AM 11:03

FILED
APR -5 2013
Clerk, U.S. District Court
By: _____ Deputy Clerk

Apellant: Mychèl Pusha

v.

Defendants: Waller, et al

Case No: 5:12-CV-03253-SA
Date: April 1, 2013

"Application For Leave To Proceed"

I, Mychèl Pusha, am asking this court to except this letter form, of my Application to Proceed without prepayment of fees, which are the $5.00 filing fee and $450.00 docket fee. I am indigent, and my status was verified with the United States District Court, in Topeka, Kansas 66683. I do not wish to be defaulted, and have my case dismissed. Please forgive my delay, or any errors. I would like to proceed, and I do agree to except the debt, of such said payments. I also would like to appear, before this court concerning this case. Thank you for your time, and the courts cooperation.

Respectfully Submitted,
Mychèl Pusha

Inmate Mychal Pusha
Sedgwick County Detention Facility
141 West Elm
Wichita, KS 67203

WICHITA KS 670
03 APR 2013 PM 2 L

Scanned by
US Marshal

United States Court of Appeals
Circuit - Clerk
1823 Stout Street
Denver, CO 80257

80257