Clerk,   13-3052

Date: June 22, 2013

Case No: 12-3253-SAC

Reason: Notice of Change of Address, and position with the courts.

I, Mychel Pusha #51159, am hereby notifying the court, of The United States Court Of Appeals, that I have had several changes of addresses, due to my incarceration within the last few months, outside my authority. I am now currently in prison, and I'm housed at Hutchinson Correctional Facility, at P.O. Box 1568, Hutchinson, KS 67504. My inmate number is #51159. I have not recieved any responses concerning my position with the court, on case no: 12-3253-SAC, in about 6 mths.. Please tell me, what my position is, and how to procede. I do not wished to be penalized, nor have my case dismissed, because of this corruptive system's tactics. Thank you, for your time & cooperation. I am indigent, and ask you to except this letter.

Respectfully Submitted,
Mychel Pusha #51159

Certificate Of Service

I, Mychel Pusha #51159, do hereby certify, that a copy, of the foregoing pleading letter/document, was mailed to the Clerk, of the United States Court Of Appeals, For The Tenth Circuit at 1823 Stout Street, Denver, CO 80257, on this 22nd day of June 2013.

Respectfully Submitted,
Mychel Pusha #51159